UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                              Case No. 21-21964-RAM
                                                                    Chapter 11
ILAN DORON,

    Debtor.
_____/

ROBERT PEASE,                                                       Adv. Case No. 22-01399-RAM

    Plaintiff,
vs.

ILAN DORON,

    Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 31, 2022, true and correct copies of the Complaint to Determine Dischargeability [ECF #1], the Summons and Notice of Scheduling Conference in an Adversary Proceeding [ECF #2], and the Order Setting Status Conference and Establishing Procedures and Deadlines [ECF #3], were served by U.S. Mail, postage prepaid, upon Ilan Doron, 1001 NW 7th St., Suite 625, Miami, FL 33136.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

                                            Respectfully submitted,

                                            WEISSMAN & DERVISHI, P.A.

                                            By:    /s/ Peter A. Tappert
                                                     Brian S. Dervishi
                                                     Peter A. Tappert
                                          Fla. Bar Nos. 350303 and 27100

One SE Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
bdervishi@wdpalaw.com
ptappert@wdpalaw.com
service@wdpalaw.com

Attorneys for Robert Pease

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 31, 2022, a true and correct copy of the foregoing was served by U.S. Mail on Ilan Doron at 1001 NW 7th St., Suite 625, Miami, FL 33136.

                                              /s/ Peter A. Tappert
                                                Peter A. Tappert